IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-085-FDW-DCK

| | |
|---|---|
| EDWARD C. HALEY, as Administrator of the Estate of JOHN DEVIN HALEY, | ) ) ) |
| Plaintiff, | ) **ORDER** |
| v. | ) ) ) |
| WELLPATH, LLC, et al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' Motion To Excuse Attendance Of Individual Defendants From Mediation" (Document No. 178) filed April 10, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting the parties' agreement, the undersigned will <u>grant</u> the motion.

By the instant motion, Defendants represent that they have scheduled mediation for April 11, 2024, and request, <u>with the consent of all parties and the mediator</u>, that Defendants Josette C. Alston, Lemuelle A. Claud, Carl R. Cooper, Brittney L. Deel, Chelsey L. Fitzner, James E. Granberry, Latice E. Hudson, Clifford Matthews, Jr., Atiya J. Torrence's ("Wellpath individual Defendants"), Telisa White, Sheray Deleon, Khrislyn Mackin, Savior Jones, Allie Currin, and Garry McFadden ("Sheriff Defendants") (all together, "Individual Defendants") be excused from attending the mediation in person. (Document No. 178). Defendants further represent that Defendants Wellpath, LLC's representative and the Sheriff Defendants' representative will be attending the mediation (either in person or via Zoom) along with counsel and other

representatives, and that all attendees will have full settlement authority to resolve all claims against all Sheriff Defendants and Wellpath, LLC Defendants. (Document No. 179).

**IT IS, THEREFORE, ORDERED** that "Defendants' Motion To Excuse Attendance Of Individual Defendants From Mediation" (Document No. 178) is **GRANTED**. The Individual Defendants named above are excused from attendance at the mediation on April 11, 2024.

**SO ORDERED**.

Signed: April 10, 2024

David C. Keesler
United States Magistrate Judge